# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI, <br><br> Plaintiff, <br><br> v. <br><br> M. B. ATCHLEY., et al., <br><br> Defendants. | Case No. 21-01169 BLF (PR) <br><br> **JUDGMENT** |

The Court has dismissed the instant action with prejudice for failure to state a claim for relief and as untimely. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __January 14, 2022___

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.21\01169Saddozai_judgment