UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. B. ATCHLEY, et al.,<br><br>    Defendants. | Case No. 21-01169 BLF (PR)<br><br>**ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL** |

Plaintiff, a state prisoner, filed this civil action pursuant to 42 U.S.C. § 1983 regarding prison conditions, and was granted leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 3. On January 14, 2022, the Court dismissed the amended complaint for failure to state a claim for which relief can be granted, after Plaintiff failed to cure the deficiencies from the original complaint. Dkt. No. 9 at 5. Plaintiff appealed the matter. Dkt. No. 11.

The Ninth Circuit has referred this matter back to this Court for the limited purpose of determining whether IFP status should continue on appeal or whether the appeal is frivolous or taken in bad faith. Dkt. No. 12. The Court finds that the appeal is frivolous since the dismissal was proper. *See* 28 U.S.C. § 1915(a)(3). Accordingly, Plaintiff's IFP status is **REVOKED**.

The Clerk shall send a copy of this order to Plaintiff as well as to the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: __February 10, 2022__

                                            BETH LABSON FREEMAN
                                            United States District Judge

Order Revoking IFP on Appeal
P:\PRO-SE\BLF\CR.21\01169Saddozai_ifp.app.docx